Matthew M. Lavin, Esq. (*pro hac vice* forthcoming, if required)
Aaron R. Modiano, Esq. (*pro hac vice* forthcoming, if required)
NAPOLI SHKOLNIK PLLC
5757 W. Century Boulevard, Suite 680
Los Angeles, CA 90045
(212) 397-1000 / Fax (646) 843-7603
MLavin@napolilaw.com
Amodiano@napolilaw.com

John W. Tower, Esq. #106425
LAW OFFICE OF JOHN W. TOWER
2211 Encinitas Blvd., 2nd Floor
Encinitas, CA  92024
(760) 436-5589 / Fax (760) 479-0570
Towerlawsd@gmail.com

Attorneys for Plaintiff
Bristol SL Holdings

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BRISTOL SL HOLDINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED BEHAVIORAL HEALTH, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 20-cv-07804 <br><br> **DECLARATION OF JOHN W. TOWER IN SUPPORT OF PLAINTIFFS' REPLY IN OPPOSITION TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR REMAND** <br><br> Date:          January 8, 2021 <br> Time:         9:00a.m. <br> Courtroom:  Courtroom 5, 2nd Floor <br> Judge:        Hon. Jeffrey S. White |

---

Declaration of John W. Tower in Support of Plaintiffs Fed. R. Civ. P. 59 & 60 Motions – BRISTOL v. CIGNA Case No. 8:19-cv-00709-PSG-ADS

I, JOHN W. TOWER, declare under penalty of perjury as follows:

1. I am co-counsel for Plaintiff in this action and have personal knowledge of the facts set forth herein, and can testify competently thereto, except as to the matters stated on information and belief, and as to such matters I believe them to be true.

2. I submit this declaration in support of Bristol's Reply in Opposition to United's Response in Opposition to Bristol's Motion to Remand this matter to California Superior Court.

3. Attached are true and correct copies of the following documents:

**Exhibit "A":** Transcript of Proceedings Before the Honorable Erithe Smith United States Bankruptcy Judge. *In Re Solid Landings Health, Inc.* Case No. 8:17-bk-12213-ES. December 3, 2020.

**Exhibit "B":** Tentative Ruling of Judge Erithe Smith, *In Re Solid Landings Health, Inc.* Case No. 8:17-bk-12213-ES

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on October 20, 2020 at Encinitas, California.

Dated: December 14, 2020

LAW OFFICE OF JOHN W. TOWER

*/s/ John W. Tower*
John W. Tower
Co-counsel for Plaintiff
Bristol SL Holdings, Inc.